# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0110
Lower Tribunal No. 20-16835-CA-01
_____

**Citizens Property Insurance Corporation,**
Appellant,

vs.

**Monica Vargas,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David Craig Miller, Judge.

Traub Lieberman Straus & Shrewsberry LLP, and C. Ryan Jones, and David T. Burr (St. Petersburg), for appellant.

Alvarez, Feltman, DA Silva & Costa, PL, and Paul B. Feltman, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.